UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
WILFREDO ESCALONA, *individually*
*and on behalf of others similarly situated*,

CASE NO: 6:23-cv-06159-MAV-CDH

*Plaintiff*,

JUDGMENT

vs.

WEBER TREE SERVICE, INC., *a New York corporation*, and SIEGFRIED WEBER, *an individual*,

*Defendants.*
---------------------------------------------------------X

WHEREAS, on or about June 17, 2025, Defendants, WEBER TREE SERVICE, INC., and SIEGFRIED WEBER extended to Plaintiff, WILFREDO ESCALONA, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of One Thousand Nine Hundred Dollars ($1,900.00); WILFREDO ESCALONA, accepted that offer, and filed the offer, and their acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, WILFREDO ESCALONA, have judgment against Defendants, WEBER TREE SERVICE, INC., and SIEGFRIED WEBER, jointly and severally, in the amount of One Thousand Nine Hundred Dollars ($1,900.00), inclusive of all legal fees, interest, and costs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: June 30, 2025.

HON. MEREDITH A. VACCA
United States District Judge